# Court of Appeals
# of the State of Georgia

ATLANTA, November 08, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0484.  VALENCIA B. ALARCON v. NAJARIAN CAPITAL, LLC.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, defendant Valencia Alarcon appealed to the state court.  The state court ruled in favor of the plaintiff, Najarian Capital, LLC, and Alarcon appeals. Najarian Capital, LLC has filed a motion to dismiss, arguing that Alarcon was required to file a discretionary application in order to appeal.  We agree.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Alarcon was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal. Accordingly, Najarian Capital, LLC's motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/08/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, *Clerk.*